UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  3:07-CR-60 RM |
| | ) | |
| JUAN CARLOS ESTRADA-MIRANDA | ) | |

## ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on November 2, 2007 [Doc. No. 39].  Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Juan Carlos Estrada-Miranda's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(5) and 924(a)(2).

SO ORDERED.

ENTERED:   November 27, 2007

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana